WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels, Esq. (PM-5018)
       Lalit K. Loomba, Esq. (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   08 Civ. 4273
ARAZ ALALI,

                        Plaintiff,

        -against-

CITY OF NEW ROCHELLE, New York,

                        Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the defendant City of New Rochelle appears herein by its counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, demands that all notices given or required to be given in this case, and all papers served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Attn:  Peter A. Meisels, Esq.
       Lalit K. Loomba, Esq.
Tel: (914) 323-7000
Fax: (914) 323-7001
E-mail: peter.meisels@wilsonelser.com and lalit.loomba@wilsonelser.com

1989282.1

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
       May 14, 2008

                    WILSON, ELSER, MOSKOWITZ
                    EDELMAN & DICKER LLP
                    Attorneys for Defendant

By: _____
     Peter A. Meisels (PAM 5018)

3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001

TO:    LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, NY 10605
       Attn: Jonathan Lovett, Esq.

1989282.1