STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.4273    AND FILED ON    5/6/2008

---

ARAZ ALALI

Vs.

CITY OF NEW ROCHELLE, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK ) 
                                                  SS

COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/12/2008 at 1:40PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT

CITY OF NEW ROCHELLE, NEW YORK        (herein called recipient) therein named.

At Location:

CITY HALL
515 NORTH AVENUE
NEW ROCHELLE NY

By delivering to and leaving with LIDIA HAPPEL and that deponent knew the person so served to be the SENIOR OFFICE ASST.

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN

Age 35/45    Height 5'4"

Weight 145    Other Features

Sworn to before me on 5/13/2008

John Axelrod

Server's License#:

2010