WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
Attn:  Peter A. Meisels, Esq. (PM-5018)
        Lalit K. Loomba, Esq. (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x    08 Civ. 4273(CLB)(GAY)
ARAZ ALALI,

                              Plaintiff,

        -against-                                              **AMENDED**
                                                               **ANSWER**

CITY OF NEW ROCHELLE, New York,

                              Defendants.
----------------------------------------------------------x

        The defendant City of New Rochelle (the "City") by its attorneys Wilson, Elser,

Moskowitz, Edelman & Dicker LLP, for its answer to plaintiff's complaint, states as follows:

        1.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in ¶ 1 of the complaint.

        2.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in ¶ 2 of the complaint, except admits plaintiff has prior pending actions

against the City, respectfully refers all questions of law to the Court and alleges that the

discovery cut-off date concerning *Alali v. City of New Rochelle*, 07 Civ. 9912 (CLB) has been

extended.

        3.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in ¶ 3 of the complaint.

2002062.1

4.    Denies the truth of the allegations contained in ¶ 4 of the complaint, except admits that the City is a municipal corporation existing pursuant to the laws of the state of New York.

5.    Denies the truth of the allegations contained in ¶ 5 of the complaint, except admits that all charges preferred against plaintiff were sustained by an independent hearing officer and that the City accepted the hearing officer's recommendation of a 30-day suspension.

6.    Denies the truth of the allegations contained in each and every subdivision of ¶ 6 of the complaint.

7.    Denies the truth of the allegations contained in ¶ 7 of the complaint.

8.    Denies the truth of the allegations contained in ¶ 8 of the complaint.

9.    Denies the truth of the allegations contained in ¶ 9 of the complaint.

10.    Repeats and realleges each and every response above.

11.    Denies the truth of the allegations contained in ¶ 11 of the complaint.

12.    Repeats and realleges each and every response above.

13.    Denies the truth of the allegations contained in ¶ 13 of the complaint.

14.    Repeats and realleges each every response above.

15.    Denies the truth of the allegations contained in ¶ 15 of the complaint.

### AS AND FOR A FIRST
### AFFIRMATIVE DEFENSE

16.    Plaintiff's claims are barred because he failed to exhaust his administrative remedies.

### AS AND FOR A SECOND
### AFFIRMATIVE DEFENSE

17.    Plaintiff has two prior pending actions relating to the same claims that are asserted in this complaint.

2002062.1

## AS AND FOR A THIRD
## AFFIRMATIVE DEFENSE

18.    Plaintiff fails to allege a claim for which this Court can grant relief.

## AS AND FOR A FOURTH
## AFFIRMATIVE DEFENSE

19.    Plaintiff's claims are time-barred.

WHEREFORE, the City respectfully prays that the complaint be dismissed and that costs,

disbursements and counsel fees be awarded to the City.

Dated: White Plains, New York
       May 29, 2008

                                    WILSON, ELSER, MOSKOWITZ
                                    EDELMAN & DICKER LLP
                                    Attorneys for Defendant
                                    City of New Rochelle

                                    By: _____
                                        Peter A. Meisels (PAM 5018)

                                    3 Gannett Drive
                                    White Plains, NY  10604
                                    Tel: (914) 323-7000
                                    Fax: (914) 323-7001

TO:    LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, NY 10605
       Attn:  Jonathan Lovett, Esq.

3

2002062.1