# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------X
Araz Alali,

                                         07    CIVIL 2916(CS)

            Plaintiff,                   **JUDGMENT**

   -against-

Alberto DeBara, individually,
Kyle Wilson, individually,
Edward Austin, individually,
George Marshall, individually,
Humberto Morrell, individually,
Matthew Brady, individually,
Robert Gazzola, individually,
Patrick J. Carroll, individually, and
the City of New Rochelle, New York

                      Defendants.
------------------X
Araz Alali,
            Plaintiff,
     -against-
City of New Rochelle, New York      07 CV 9912 (CS)

--------------------X
Araz Alali,
            Plaintiff,
                                        08CV 4273 (CS)

     -against-

City of New Rochelle, New York,

                  Defendant.
------------------------------X

       Whereas the above entitled actions having been assigned to the Honorable Cathy Seibel, U.S.D.J., and the Court thereafter on September 30, 2010, having handed down its Memorandum Decision and

Order granting defendants' motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaints be and are hereby dismissed.

Dated: White Plains, New York
       September 30, 2010

*Ruby J. Krajick*
Ruby J. Krajick, Clerk

i:/judgment/Alali.916